IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES KING,<br><br>       Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE, LLC,<br><br>       Defendant. | CIVIL ACTION 1:05-CV-1535-JTC |

### ORDER ADMINISTRATIVELY DISMISSING ACTION

The Court has been advised by counsel that the above-styled action has been settled or is in the process of being settled.  Therefore, it is not necessary that the action remain on the calendar of this Court.

IT IS HEREBY ORDERED that the action is DISMISSED without prejudice to the right to reopen, upon good cause shown within thirty (30) days of entry of this Order, if settlement is not consummated.

The parties may file a consent judgment dismissing the case once settlement has been consummated.

IT IS SO ORDERED, this 20th day of February, 2007.

_____
JACK T. CAMP
UNITED STATES DISTRICT JUDGE